SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
NELSON CHILIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SILVA A. SANAM JR. D/B/A GORDY'S LIQUOR; SHEREE MANYI CHEN; and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No.: 5:23-cv-02586 (SSS) SPx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that NELSON CHILIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  January 23, 2024                **SO. CAL. EQUAL ACCESS GROUP**


By:  ___/s/   Jason J. Kim___
      Jason J. Kim, Esq.
      Attorneys for Plaintiff